**Opinion issued March 19, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00505-CR

————————————

**RIGO PENA, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 178th District Court
Harris County, Texas
Trial Court Case No. 1835949

## MEMORANDUM OPINION

Rigo Pena, Jr. has filed a motion to dismiss this appeal, stating that he has discussed the matter with his counsel.

Pena's motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a) (requiring that appellant and counsel sign motion). We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(b).

Accordingly, we grant Pena's motion and dismiss the appeal. *See* TEX. R. APP. P. 10.3(a), 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guiney and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).